IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:13-cv-03080-RLV ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties' agreement, plaintiff Siemens Industry, Inc., hereby dismisses with prejudice its claims, as alleged in the amended complaint, against defendant United States of America, with each party to bear its own costs and attorneys fees.

///

///

///

///

///

11144617.1

Dated: February 27, 2014

Kathryn Keneally
Assistant Attorney General

_____
Michael N. Wilcove
Joseph E. Hunsader
U.S. Department of Justice
Civil Trial Section, Southern Region
PO Box 14198
Washington, DC 20044
Tel: (202) 514-6474
Fax: (202) 514-9868
Michael.N.Wilcove@usdoj.gov

Of counsel:
Sally Quillian Yates
United States Attorney

Lena Amanti
Assistant U.S. Attorney
Georgia Bar No: 666825

_____
Charles P. Hurley
Admitted Pro Hac Vice
Mayer, Brown
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3260
Facsimile: (202) 263-5260
Email: churley@mayerbrown.com

I certify that this motion was prepared using Book Antiqua font, size 13.

s/ Michael N. Wilcove